JUDGE KOELTL

07 CV 4616

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LANGEVELD BULB CO.,

                      Plaintiff,

  -against-

M/V "NEDLLOYD GENOA," her engines, boilers, tackles,
appurtenances, etc; ORIENT OVERSEAS CONTAINER
LINE, LTD.

                      Defendant.
-------------------------------------------------------------------X

07 Civ 4616 (JGK)

ECF CASE

MAY 31 2007

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff LANGEVELD BULB CO. (private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None

Date: May 31, 2007

                                                   JOHN J. HESSION, ESQ.