```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LANGEVELD BULB CO.                              07 CV 4616 (JGK)

                        Plaintiff,

        -against-                               RULE 7.1 STATEMENT

M/V NEDLLOYD GENOA, her engines,
tackle, appurtenances, etc.
ORIENT OVERSEAS CONTAINER LINE, LTD.,

                        Defendants.
------------------------------------------X
```

Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant ORIENT OVERSEAS CONTAINER LINE, LTD. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of ORIENT OVERSEAS CONTAINER LINE, LTD.

Dated: New York, N.Y.
       August 24, 2007

_____
GARTH S. WOLFSON (GW 7700)