| | | |
|---|---|---|
| Edward A. Keane* <br> Cornelius A. Mahoney* <br> Garth S. Wolfson* <br><br> Jorge A. Rodriguez*† <br><br> Of Counsel <br> Stephen J. Murray <br> *Also admitted in NJ <br> †Also admitted in CT | **MAHONEY & KEANE, LLP** <br> *Attorneys at Law* <br> *111 Broadway, Tenth Floor* <br> *New York, New York 10006* <br> Telephone (212) 385-1422 <br> Facsimile (212) 385-1605 <br> lawoffices@mahoneykeane.com | Connecticut Office <br><br> 14 Pilgrim Lane <br> Weston, CT 06883 <br> Tel: (203) 222-1019 <br> Fax:(203) 222-0252 |

MEMO ENDORSED

February 15, 2008

BY HAND

The Honorable John G. Koeltl
United States District Court Judge
United States District Court
Southern District of New York
Chambers Rm. 1030
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

Re: USDC/SDNY 07 CV 4616 (JGK)
LANGEVELD BULB CO. v.
M/V NEDLLOYD GENOA, her engines,
etc., ORIENT OVERSEAS CONTAINER
LINE, LTD.
Our 12/3438/B/07/7



*Application granted. Parties to submit a revised scheduling order by 2/22/08. So Ordered.* /s/ JGK 2/19/08

Honorable Sir:

      We write as counsel for defendant ORIENT OVERSEAS CONTAINER LINE, LTD., and with consent of plaintiff's counsel to request an extension of present discovery deadlines set forth in the Court's Order of September 24, 2007 we seek an additional 60 days for all deadlines imposed..

      The parties are presently engaged in settlement discussions and we are hopeful of avoiding motion practice and/or trial. However, the dates as presently scheduled would necessitate expending a great deal of discovery developing the facts for the present trial date. The matter involves loss of containers during a transatlantic voyage and, thus, is fairly complex.

      We believe with the additional time we may be able to reach agreement on settlement, but in any event we may be able to

**MAHONEY and KEANE**

narrow the issues for trial.

      We thank the Court for its consideration.

                      Respectfully submitted,

                      MAHONEY & KEANE, LLP

                      By: _____
                          Edward A. Keane

EAK/mtc

cc:   VIA FAX 212 889-1288

     Dougherty, Ryan, Giuffra, Zambito & Hession
     131 East 38th Street
     New York, NY 10016
     (212) 376-6400

     Attention:  John Hession, Esq.