USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LANGEVELD BULB CO.,

                Plaintiff(s)

    -against-

M/V "NEDLLOYD GENOA",

                Defendant(s).
-------------------------------------------------------------X

07 civ 4616 (JGK)

ORDER OF DISCONTINUANCE

It having been reported to this Court that the parties have settled this action,

It is, on this **28**[TH] day of **May**, 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 28, 2008

ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-04616-JGK
# Internal Use Only

Langeveld Bulb Co. v. M/V Nedlloyd Genoa et al
Assigned to: Judge John G. Koeltl
Demand: $200,000
Cause: 28:1333 Admiralty

Date Filed: 05/31/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: Federal Question

**Plaintiff**

**Langeveld Bulb Co.**            represented by **John Joseph Hession**
                                                  Dougherty, Ryan, Giuffra, Zambito & Hession
                                                  131 E 38th St.
                                                  New York, NY 10016
                                                  212-376-6400
                                                  Email: drgzh@aol.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**M/V Nedlloyd Genoa**
*her engines, boilers, tackles,
appurtenances, etc.*

**Defendant**

**Orient Overseas Container Line, Ltd.**    represented by **Garth S. Wolfson**
                                                            Mahoney & Keane, LLP
                                                            76th Beaver Street
                                                            10th Floor
                                                            New York, NY 10005
                                                            212 385-1422
                                                            Fax: (212) 385-1605
                                                            Email: gwolfson@mahoneykeane.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2007 | 1 | COMPLAINT against M/V Nedlloyd Genoa, Orient Overseas Container |

| | | |
|---|---|---|
| | | Line, Ltd.. (Filing Fee $ 350.00, Receipt Number 616957)Document filed by Langeveld Bulb Co..(tro) Additional attachment(s) added on 7/13/2007 (Becerra, Maribel). (Entered: 06/01/2007) |
| 05/31/2007 | | SUMMONS ISSUED as to M/V Nedlloyd Genoa, Orient Overseas Container Line, Ltd.. (tro) (Entered: 06/01/2007) |
| 05/31/2007 | | Magistrate Judge Debra C. Freeman is so designated. (tro) (Entered: 06/01/2007) |
| 05/31/2007 | | Case Designated ECF. (tro) (Entered: 06/01/2007) |
| 05/31/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Langeveld Bulb Co..(tro) Additional attachment(s) added on 7/13/2007 (Becerra, Maribel). (Entered: 06/01/2007) |
| 07/12/2007 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney John Joseph Hession for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 2 Rule 7.1 Corporate Disclosure Statement, 1 Complaint to: case_openings@nysd.uscourts.gov. (lb) (Entered: 07/12/2007) |
| 07/16/2007 | 3 | FILING ERROR - DEFICIENT DOCKET ENTRY - (FILED IN ERROR) - WAIVER OF SERVICE RETURNED UNEXECUTED as to Orient Overseas Conatiner Line. Document filed by Langeveld Bulb Co.. (Hession, John) Modified on 7/23/2007 (lb). (Entered: 07/16/2007) |
| 08/24/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Orient Overseas Container Line, Ltd.. (Wolfson, Garth) (Entered: 08/24/2007) |
| 08/24/2007 | 5 | ANSWER to Complaint. Document filed by Orient Overseas Container Line, Ltd..(Wolfson, Garth) (Entered: 08/24/2007) |
| 09/06/2007 | 6 | WAIVER OF SERVICE RETURNED EXECUTED. Orient Overseas Container Line, Ltd. waiver sent on 7/16/2007, answer due 9/14/2007. Document filed by Langeveld Bulb Co.. (Hession, John) (Entered: 09/06/2007) |
| 09/19/2007 | | ***DELETED DOCUMENT. Deleted document number 7 Endorsed Letter. The document was incorrectly filed in this case. (kco) (Entered: 09/20/2007) |
| 09/25/2007 | 7 | CIVIL SCHEDULING ORDER: Amended Pleadings due by 11/2/2007. Joinder of Parties due by 10/19/2007. Dispositive motions due by 2/15/2008. Discovery due by 1/18/2008. Joint Pretrial Order due by 3/7/2008. The parties shall be ready for trial on 48 hours notice on or after 3/14/2008. The estimated trial time is 4 days, and this is a non-jury trial. (Signed by Judge John G. Koeltl on 9/24/07) (kco) (Entered: 09/25/2007) |
| | | |

| 02/19/2008 | 8 | ENDORSED LETTER addressed to Judge John G. Koeltl from Edward A. Keane dated 2/15/08 re: Request for a 60 day extension of the current discovery deadlines. ENDORSEMENT: Application Granted. Parties to submit a revised scheduling order by 2/22/08. SO ORDERED. (Signed by Judge John G. Koeltl on 2/19/08) (db) (Entered: 02/19/2008) |
|---|---|---|
| 02/22/2008 | 9 | CIVIL SCHEDULING ORDER: This case IS NOT to be tried to a jury. Discovery due by 3/18/2008. Dispositive Motions due by 4/15/2008. The Joint Pretrial Order is due by 5/6/2008. This Case shall be Ready for Trial on 5/13/2008. This case is referred to a Magistrate Judge for Settlement. (Signed by Judge John G. Koeltl on 2/22/08) (db) (Entered: 02/22/2008) |