UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LANGEVELD BULB CO.,

                Plaintiff,                Index No: 07 Civ. 4616 (JGK)

  -against-

M/V NEDLLOYD GENOA, her engines, tackle,      **STIPULATION OF**
Appurtenances, etc. and ORIENT OVERSEAS      **DISCONTINUANCE**
CONTAINER LINE, LTD.,

                Defendants.
------------------------------------------------------------------X

      IT IS HEREBY AGREED by and between the undersigned attorneys in the above-captioned case, that the instant action is hereby discontinued, with prejudice and without cost. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       May 29, 2008

DOUGHERTY, RYAN, GIUFFRA,           MAHONEY & KEANE, LLP
ZAMBITO & HESSION                         Attorneys for Defendants
Attorneys for Plaintiff

BY: _____               BY: _____
    JOHN J. HESSION (JH 3501)                EDWARD A. KEANE (EK 1398)

131 East 38th Street                             111 Broadway – 10th Floor
New York, New York 10016                   New York, New York 10006
(212) 889-2300                                   (212) 385-1422

So Ordered:

_____
Honorable John G. Koeltl, U.S.D.J.

6/23/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08